# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA and GEORGE PRICE, *on behalf of their daughter O.P., a minor, and individually on their own behalf,* | |
| *Plaintiffs,* | CIVIL ACTION<br>NO. 3:11-cv-00095-JHS<br>(HON. JOEL H. SLOMSKY) |
| v. | **ORDER** |
| SCRANTON SCHOOL DISTRICT, *et al.,* | **(Jury Trial Demanded)** |
| *Defendants.* | |

## ORDER

AND NOW, this *11th* day of *October*, 2011, upon consideration of the Motion for Approval of Minor's Compromise and Settlement of all claims against Defendants Paul Kelly, Colleen Kelly and their minor daughter, K.K., it is hereby ORDERED that the Movants are authorized to enter into a settlement in the gross sum of $10,000.00. Movants are authorized to sign the Minor's Compromise attached to the Motion as Exhibit "A." Further, this Court approves the following distribution of the settlement proceeds:

TO:   O.P., $8,058.09

TO: Frankel & Kershenbaum, LLC, for reimbursement of costs, $1,941.91

BY THE COURT:

_Joel Slomsky_
SLOMSKY, JOEL, J.